UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JAIME RUIZ,

Plaintiff,

-against-

S&T AUTO BODY REPAIR, INC. d/b/a S&T AUTO BODY and STEVE BAKTIDY, individually,

Defendants.

Case No. 1:26-cv-02708 (JLR)

**ORDER**

JENNIFER L. ROCHON, United States District Judge:

The Court has been advised that all claims asserted herein have been settled in principle. *See* Dkt. 17. Accordingly, by **August 7, 2026**, the parties shall submit a joint letter to this Court clarifying whether they intend to resolve this matter through an offer of judgment and acceptance pursuant to *Mei Xing Yu v. Hasaki Rest., Inc.*, 944 F.3d 395, 398 (2d Cir. 2019), or through submission of a settlement agreement for the Court's approval pursuant to *Cheeks v. Freeport Pancake House, Inc.*, 796 F.3d 199 (2d Cir. 2015). The parties' letter should also provide an estimate of the time needed to complete and file their submission.

Dated: July 24, 2026
New York, New York

SO ORDERED.

Jennifer Rochon

JENNIFER L. ROCHON
United States District Judge