UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------X

JAIME RUIZ,

Plaintiff,

-against-

S&T AUTO BODY REPAIR, INC. and
STEVE BAKTIDY,

Defendants.

---------------------------------------------------------------X

Civil Action No.
26-cv-02708

**~~[PROPOSED]~~ JUDGMENT**

**WHEREAS**, on August 5, 2026, Defendants S&T Auto Body Repair, Inc. and Steve Baktidy served upon Plaintiff Jaime Ruiz an Offer of Judgment pursuant to Rule 68 of the Federal Rules of Civil Procedure, offering to allow judgment to be taken against them and in favor of Plaintiff in the total amount of Twenty Thousand Dollars and Zero Cents ($20,000.00), inclusive of all unpaid wages, damages, liquidated damages, penalties, pre-judgment interest, post-judgment interest, attorneys' fees, costs, expenses, amounts, and claims for relief sought by Plaintiff; and

**WHEREAS**, on August 5, 2026, Plaintiff timely served written notice of acceptance of the Offer of Judgment pursuant to Rule 68(a) of the Federal Rules of Civil Procedure; and

**WHEREAS**, the Offer of Judgment, Plaintiff's Notice of Acceptance, and proof of service thereof have been filed with the Court;

**NOW, THEREFORE,** it is hereby ORDERED, ADJUDGED, and DECREED that judgment is entered in favor of Plaintiff Jaime Ruiz and against Defendants S&T Auto Body Repair, Inc. and Steve Baktidy in the total amount of Twenty Thousand Dollars and Zero Cents ($20,000.00), inclusive of all unpaid wages, damages, liquidated damages, penalties, pre-judgment interest, post-judgment interest, attorneys' fees, costs, expenses, amounts, and claims for relief sought by Plaintiff, payable in accordance with and subject to all terms of the Offer of Judgment, which are incorporated herein by reference.

The Clerk of Court is respectfully directed to CLOSE this case.

Dated: August 14, 2026
New York, New York

SO ORDERED:

Jennifer Rochon
JENNIFER L. ROCHON
United States District Judge